**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE GATES,<br><br>Plaintiff,<br><br>v.<br><br>ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT, et al,<br><br>Defendants. | No. CV 14-3573-DMG (JEMx)<br><br>ORDER RE SETTLEMENT AND DISMISSAL [26] |

Pursuant to the parties' stipulation [Doc. # 26], the Court hereby accepts and approves the terms of the stipulation as the Order of the Court. Defendant, Antelope Valley Union High School District, shall pay Plaintiff the sum of five thousand dollars ($5,000) by September 15, 2014, in accordance with the terms of the parties' Settlement Agreement.

The above-entitled action is hereby DISMISSED.

IT IS SO ORDERED.

DATED: September 9, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE